IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA                       06-cr-272-01-BR

       Plaintiff,                            ORDER

v.

CLIFFORD J. BRIGHAM,

       Defendant.

    Based on the stipulation entered into by the parties in open Court on October 30, 2007 (#105), this Court finds, beyond a reasonable doubt, that Clifford J. Brigham was released on bail pending appeal of his August 2003 conviction in the United States District Court for the District of Oregon, CR 02-220-HA, at the time he committed the offenses for which he was convicted on November 7, 2007, in this Court.

    IT IS SO ORDERED.

    DATED this 8th day of November, 2007.

                                     _/s/ Anna J. Brown_
                                     ANNA J. BROWN
                                     United States District Judge